**IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In the Matter of**: | } |
| | }    Case No. 11-41147 |
| RENEE STRAUSS | } |
| | }    Chapter 13 |
| | } |
| **Debtor** | } |

**Notice of Change of Address**

The debtor respectfully reports to the Court that effective March 9, 2016 the debtor's address has changed as follows:

Street:                      401 S Eisenhower Dr, Apt A

City, State, Zip:          Marion, IL  62959-2076

By     /s/Lyndon G. Willms
Attorney for the Debtors
206 W DeYoung Street
Marion, Illinois 62959
Phone:  (618) 993-1300
Fax: (618) 993-0713

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the parties set forth below by causing same to be mailed in a properly addressed envelope, postage prepaid from Marion, Illinois on March 9, 2016, unless a copy was provided electronically by the Bankruptcy Court.

By: _/s/Donna Howd
Bankruptcy Clinic
206 W DeYoung Street
Marion, Illinois 62959
(618) 993-1300

**Russell C Simon (notified electronically)**        **US Trustee (notified electronically)**